TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00306-CR

The State of Texas, Appellant

v.

Ryan A. Glasscock, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY

NO. 98-03075-L2, HONORABLE PENNY ROBERTS, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on State's Motion

Filed: September 30, 1999

Do Not Publish